**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND JENKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | No. 1:21-cv-01475-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION<br><br>(Doc. No. 9) |

　　　　On December 8, 2021, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed with prejudice.  (Doc. No. 9.)  In essence, Plaintiff's complaint seeks reparations for families related to slaves on the ground that the United States violated the rights of slaves in various ways.  (Doc. 1 at 3.)  The findings and recommendations conclude that the claim is barred by the applicable statute of limitations and by sovereign immunity.  (Doc. No. 9.)  The findings and recommendations were served on the plaintiff and contained notice that objections thereto were to be filed within 14 days.  (*Id.*)

　　　　On January 14, 2022, Plaintiff filed a document in which he asks that the court "grant[] it," (Doc. 11), which in an abundance of caution the court will consider even though it was not timely filed.  This filing could be construed as Plaintiff's consent to the dismissal of his complaint, but even if that is not what Plaintiff intended, Plaintiff has failed to meaningfully

1

object to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis. Accordingly,

1. The findings and recommendations issued on December 8, 2021 (Doc. No. 9) are adopted in full;
2. This action is dismissed with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 18, 2022**

UNITED STATES DISTRICT JUDGE